UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

         v.

CR INTRINSIC INVESTORS, LLC, MATHEW
MARTOMA, and DR. SIDNEY GILMAN,

                    Defendants.

12 Civ. 8466 (VM)

ECF CASE

ORDER

VICTOR MARRERO, District Judge:

On January 11, 2013, the Court held an initial case management conference in this matter. For the reasons set forth on the record at that conference, IT IS HEREBY ORDERED THAT:

    1.    The Court shall hold a subsequent conference on May 24, 2013 at 10:30 a.m.

    2.    The Defendants' deadline to answer or otherwise respond to the Complaint in this matter is adjourned until a date to be determined at the May 24, 2013 Conference.

**SO ORDERED:**

DATED:  January 24, 2013
            New York, New York

**HONORABLE VICTOR MARRERO**
**United States District Judge**
**Southern District of New York**