UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

         -against-

CR INTRINSIC INVESTORS, LLC,
MATTHEW MARTOMA, and
DR. SIDNEY GILMAN,

                   Defendants,

and

CR INTRINSIC INVESTMENTS, LLC,
S.A.C. CAPITAL ADVISORS, LLC,
S.A.C. CAPITAL ASSOCIATES, LLC,
S.A.C. INTERNATIONAL EQUITIES, LLC,
and S.A.C. SELECT FUND, LLC,

            Relief Defendants.

12 Civ. 8466 (VM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/13

**VICTOR MARRERO, United States District Judge.**

    By letter dated March 15, 2013, counsel for Plaintiff, the Securities and Exchange Commission, provided to the Court a signed Consent and a proposed Final Judgment for defendant CR Intrinsic Investors, LLC, as well as signed Consents and proposed Final Judgments for five relief defendants named in the Amended Complaint, filed on March 15, 2013: S.A.C. Capital Advisors, LLC, CR Intrinsic Investments, LLC, S.A.C. Capital Associates, LLC, S.A.C. International Equities, LLC, and S.A.C. Select Fund, LLC.

Accordingly, it is hereby

**ORDERED** that counsel for each party is directed to appear for a hearing on the proposed judgment on March 28, 2013 at 9:30 a.m. in Courtroom 11B at the United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED:**

Dated:   New York, New York
         22 March 2013

_____
Victor Marrero
U.S.D.J.