UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ECF CASE |
| Plaintiff, | |
| v. | NOTICE OF MOTION |
| CR INTRINSIC INVESTORS LLC, SIDNEY GILMAN and MATHEW MARTOMA, | 12 Civ 8466 (PGG) |
| Defendants. | |

TO: Clerk of Court
United States District Court
Southern District of New York

PLEASE TAKE NOTICE that by this Notice and the accompanying memorandum of law, the United States moves to intervene in this case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and to stay deposition, interrogatory and third-party document discovery until the conclusion of trial in the parallel criminal case, United States v. Mathew Martoma, 12 Cr 973 (PGG), and for such other relief as is just and proper.

    Respectfully submitted,

    PREET BHARARA
      United States Attorney for the
      Southern District of New York

    by: _____\s_____
      Eugene Ingoglia
      Assistant United States Attorney
      (212) 637-1113

TO: Richard M. Strassberg, Esq. (via ECF)