UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>  -against-<br><br>CR INTRINSTIC INVESTORS, L.L.C.,<br>MATHEW MARTOMA, and<br>DR. SIDNEY GILMAN,<br><br>              Defendants,<br>and<br><br>CR INTRINSIC INVESTMENTS, LLC,<br>S.A.C. CAPITAL ADVISORS, LLC,<br>S.A.C. CAPITAL ASSOCIATES, LLC,<br>S.A.C. INTERNATIONAL EQUITIES, LLC,<br>and<br>S.A.C. SELECT FUND, LLC,<br><br>              Relief Defendants. | Case No. 12-cv-8466 (VM)<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that Michael C. Miller, Esq., of Steptoe & Johnson LLP, 1114 Avenue of the Americas, New York, NY 10036, hereby enters appearance, as counsel for Defendant Mathew Martoma, in the above captioned matter.

      I certify that I am admitted to practice in this Court.

Dated: New York, NY
        December 11, 2013

STEPTOE & JOHNSON LLP

By: s/ Michael C. Miller
Michael C. Miller
1114 Avenue of the Americas
New York, NY 10036
Telephone: 212-506-3900
Facsimile:  212-506-3950
Email:  mmiller@steptoe.com

*Counsel for Defendant Mathew Martoma*

## CERTIFICATE OF SERVICE

I, Aileen Farren, hereby certify that on this 11th of December, 2013, I caused a copy of the foregoing Notice of Appearance to be served on all counsel of record via the Court's ECF system.

                                              s/ Aileen Farren
                                              Aileen Farren