```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

        -against-

CR INTRINSIC INVESTORS, LLC,
MATHEW MARTOMA,
 and
DR. SIDNEY GILMAN,

                             Defendants,

and

CR INTRINSIC INVESTMENTS, LLC,
S.A.C. CAPITAL ADVISORS, LLC,
S.A.C. CAPITAL ASSOCIATES, LLC,
S.A.C. INTERNATIONAL EQUITIES, LLC,
 and
S.A.C. SELECT FUND, LLC,

                           Relief Defendants.

12 Civ. 8466 (VM)

---

## ORDER

WHEREAS, on June 18, 2014, the Court entered judgments against defendants CR Intrinsic Investors, LLC and its affiliates ("defendants") requiring them to pay a total of $601,747,463.22 in disgorgement, prejudgment interest, and penalties, as well as appropriate post-judgment interest (hereinafter the "total judgment");

WHEREAS, on the same day, the Court entered an order directing defendants to pay the total judgment by August 4, 2014, to an interest bearing account with the Court Registry Investment System, where the funds would be held until further order of the Court; and

**WHEREAS**, it is appropriate to set forth a schedule for parties with an interest in the total judgment to provide their views to the Securities and Exchange Commission ("Commission"), and for the Commission to make its determination whether to recommend that the Court create a Fair Fund, inform interested parties of its determination, and then apply to the Court for appropriate relief as to the total judgment.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT**

(1) any party with an interest in the total judgment may submit their views to the Commission on whether or not a Fair Fund should be established by no later than thirty (30) days from the date of this Order. Submissions should be directed to Charles D. Riely, Securities and Exchange Commission, New York Regional Office, 200 Vesey Street, Room 400, New York, NY 10281;

(2) the Commission shall make a motion to the Court concerning the treatment of the total judgment (the "motion") by no later than one hundred five (105) days from the date of this Order. In addition, the Commission will advise any interested parties of the position it intends to take in the motion as soon as the Commission makes its determination, but in any event no later than fourteen (14) days prior to its filing;

(3) any interested party shall have twenty-one (21) days to file any paper responsive to the motion; and

(4) the Commission shall have fourteen (14) days to file any reply.

Dated: 2 July, 2014

Victor Marrero
UNITED STATES DISTRICT JUDGE