AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

**APPEARANCE**

Case Number: 12-cv-8466 (VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

U.S. Securities and Exchange Commission

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/14/2014 | *Nichola L Timmons* |
| Date | Signature |
| | Nichola L. Timmons — NT6365 |
| | Print Name — Bar Number |
| | 100 F Street, N.E. |
| | Address |
| | Washington — DC — 20549-5631 |
| | City — State — Zip Code |
| | (202) 551-4456 — (703) 813-9730 |
| | Phone Number — Fax Number |