# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/10/14

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

Andrew B. Clubok
To Call Writer Directly:
(212) 446-4836
andrew.clubok@kirkland.com

December 9, 2014

**By Fax**

The Honorable Victor Marrero
United States District Judge
United States District Court for the Southern
District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *SEC v. CR Intrinsic Investors, LLC, et al.*, 12-cv-8466-VM

Dear Judge Marrero:

We represent Pfizer, Inc. ("Pfizer") in connection with the above-referenced action. Pfizer, on behalf of its wholly-owned subsidiary, Wyeth, has been in discussions with the Securities and Exchange Commission ("SEC"), and other interested parties, regarding the disposition of the settlement proceeds recovered from the defendants in this case. Pfizer writes to request additional time to respond to the SEC's motion to establish a fair fund for investor victims and appoint a tax administrator.

On October 9, 2014, the Court so-ordered a request from the SEC, to which Pfizer and other interested parties consented, setting forth a revised briefing schedule as to the SEC's position concerning the establishment of a Fair Fund. The schedule provided for the SEC to inform the parties of its position by October 30, 2014 (which it did), and to file its motion by November 14, 2014 (which it did). The schedule further provided for responses, if any, to be filed by interested parties by December 12, 2014, with any replies due December 19, 2014.

To permit the interested parties additional time to evaluate the most appropriate response, Pfizer respectfully requests that the above schedule be extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Responses by interested parties to the SEC's motion due | December 12, 2014 | December 19, 2014 |
| Any reply from the SEC due | December 19, 2014 | January 9, 2015 |

Beijing   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

KE 34329397.1

KIRKLAND & ELLIS LLP

The Honorable Victor Marrero
December 9, 2014
Page 2

    We have contacted the SEC and other interested parties who may file responses to the SEC's motion, and they have all consented to this request. This is the third overall request for an extension to this schedule; it is the first request by Pfizer.

Respectfully submitted,

Andrew B. Clubok

cc:    Charles D. Riely (Counsel for SEC) (by email)
       Matthew J. Watkins (Counsel for SEC) (by email)
       Ethan D. Wohl (Counsel to Elan shareholders) (by email)
       Deborah Clark-Weintraub (Counsel to Wyeth shareholders) (by email)
       Joan E. McKown (Counsel to Simran Investment Group) (by email)
       Tracey Mitchell (by email)

---

Request GRANTED. The briefing schedule with regard to the SEC's motion _to establish a fair fund_ herein is extended as set forth herein: motion papers submitted by _____ ; responses 12-19-14 ; reply 1-9-15.

SO ORDERED.

12-9-14
DATE

VICTOR MARRERO, U.S.D.J.

---

KE 34329397.1