UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

CR INTRINSIC INVESTORS, LLC,
MATHEW MARTOMA,
 and
DR. SIDNEY GILMAN,

Defendants, and

CR INTRINSIC INVESTMENTS, LLC,
S.A.C. CAPITAL ADVISORS, LLC,
S.A.C. CAPITAL ASSOCIATES, LLC,
S.A.C. INTERNATIONAL EQUITIES, LLC,
 and
S.A.C. SELECT FUND, LLC,

Relief Defendants.

12 Civ. 8466 (VM)

---

## DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF

## REQUEST TO MAKE TAX PAYMENT

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1.      I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019.   I am a certified public accountant.

2.      Damasco was appointed as Tax Administrator for the SEC v CR Intrinsic Fair Fund ("Fund") in the Order to Establish a Fair Fund for Investor Victims and Appoint a Tax Administrator, Case No. 1:12-cv-08466-VM, filed on January 26, 2015.

3.      As Tax Administrator, Damasco has determined that the Fund owes $2,350 in federal estimated tax liability for the first quarter of 2015. This tax payment is due April 15, 2015.

4.      A check in the amount of $2,350 should be made payable to "Damasco & Associates, Trust Account" and sent to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA  94019.  The check should be received in our office as soon as possible.

5.      The check will be deposited into a trust account from which the tax payment will be made.  Therefore, the Employer Identification Number that should be written on the check is XX-XXX6575 because it is for tax payment on behalf of the Fund.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 27, 2015 in Half Moon Bay, California.

Jude P. Damasco