Marrero, V.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,          :

                       Plaintiff,          :

           -against-          :          12 Civ. 8466 (VM)

CR INTRINSIC INVESTORS, LLC,          :
MATHEW MARTOMA,          :
 and          :
DR. SIDNEY GILMAN,          :

                Defendants, and          :

CR INTRINSIC INVESTMENTS, LLC,          :
S.A.C. CAPITAL ADVISORS, LLC,          :
S.A.C. CAPITAL ASSOCIATES, LLC,          :
S.A.C. INTERNATIONAL EQUITIES, LLC,          :
 and          :
S.A.C. SELECT FUND, LLC,          :

                Relief Defendants.          :

---



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/15

## ORDER TO DISBURSE FUNDS TO PAY TAX LIABILITIES

The Court, having reviewed the Securities and Exchange Commission's ("SEC" or

"Commission") Motion to Disburse Funds to Pay Tax Liabilities, and the supporting Declaration

of Jude P. Damasco in Support of Request to Make Tax Payment ("Declaration"), and for good

cause shown,

**IT IS HEREBY ORDERED:**

1.      The Clerk of the Court shall issue a check on the Court Registry Investment

System ("CRIS") account under the case name designation "SEC v. CR Intrinsic, et al." for the

amount of $2,350 payable to "Damasco and Associates, Trust Account" for the payment of first

quarter of 2015 tax liabilities as provided in the Declaration. The check shall contain the

notation, "SEC v. CR Intrinsic Investors, LLC, et al., Case No. 1:12-cv-08466-VM, EIN XX-

XXX6575, 1st quarter 2015 Taxes."

    2.  The Clerk shall send the check by overnight mail to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight

shipping information and the SEC's billing number.

Dated: 6 April 2015

Victor Marrero
UNITED STATES DISTRICT JUDGE

2