

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, NE
MAILSTOP 5631
WASHINGTON, D.C. 20549-5631

SUSAN PECARO
SENIOR COUNSEL
MAIL STOP 5631
DIRECT DIAL: (202) 551-4489
FACSIMILE: (202) 572-1372

**DIVISION OF
ENFORCEMENT**

**VIA ECF**

November 23, 2015

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 1007

Re: SEC v. CR Intrinsic Investors, LLC, no. 12 Civ. 8466 (VM)

Dear Judge Marrero:

    We write on behalf of plaintiff Securities & Exchange Commission ("Commission" or "SEC") in response to the Court's order of November 17, 2015, requesting the Commission to show cause why the relief requested by the Lead Plaintiffs in Kaplan v. S.A.C. Capital Advisors, L.P., No. 12 Civ. 9350 (VM)(KNF) ("Class Action"), a related class action on behalf of investors in Elan Corporation, plc, should not be granted. This morning the Commission has submitted for approval a proposed Plan of Distribution for the Fair Fund in the above-referenced matter. We have no objection to the schedule for comments proposed by Class Action counsel Ethan D. Wohl in the letter dated November 16, 2015 and endorsed by this Court.

Respectfully submitted,

/s/Susan S. Pecaro
Susan S. Pecaro
Senior Counsel
SEC Division of Enforcement
Office of Distributions
100 F St., NE
Washington, DC 20549-5631
Email: pecaros@sec.gov;
Telephone: 202-551-4489
Fax: 202-572-1372

cc: All Counsel of Record (via ECF)