UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| -against- | : 12 Civ. 8466 (VM) |
| CR INTRINSIC INVESTORS, LLC, MATHEW MARTOMA, and DR. SIDNEY GILMAN, | : |
| Defendants, and | : |
| CR INTRINSIC INVESTMENTS, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. INTERNATIONAL EQUITIES, LLC, and S.A.C. SELECT FUND, LLC, | : |
| Relief Defendants. | : |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator, and the supporting Declaration of Jude P. Damasco In Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check from the Court's account maintained under the case name designation "**SEC v. CR Intrinsic Investors, LLC, et al.**" for the amount of **$29,870.58,** payable to "**Miller Kaplan Arase LLP,**" for the payment of fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation: SEC v. CR Intrinsic Investors, LLC, et al.

2. The Clerk shall send the check by U.S. mail to:

> Miller Kaplan Arase LLP
> Two Embarcadero Center
> Suite 2280
> San Francisco, CA-94111

The Commission's counsel shall provide the Clerk of the Court with the necessary

shipping information and the SEC's billing number;

Dated: 4 September 2018

**Victor Marrero**
UNITED STATES DISTRICT JUDGE