UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>-against-<br><br>**CR INTRINSIC INVESTORS, LLC,**<br>**MATHEW MARTOMA,**<br>  and<br>**DR. SIDNEY GILMAN,**<br><br>Defendants, and<br><br>**CR INTRINSIC INVESTMENTS, LLC,**<br>**S.A.C. CAPITAL ADVISORS, LLC,**<br>**S.A.C. CAPITAL ASSOCIATES, LLC,**<br>**S.A.C. INTERNATIONAL EQUITIES, LLC,**<br>  and<br>**S.A.C. SELECT FUND, LLC,**<br><br>Relief Defendants. | 12 Civ. 8466 (VM)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: April 1, 2020 |

**ORDER TO DISBURSE FUNDS TO**
**PAY FEES AND EXPENSES OF THE TAX**
**ADMINISTRATOR, AND TO AUTHORIZE**
**PAYMENT OF FUTURE TAXES, FEES, AND**
**EXPENSES OF THE TAX ADMINISTRATOR**

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator, and to Authorize Payment of Future Taxes, Fees, and Expenses of the Tax Administrator, and the supporting Declaration of Jude P. Damasco In Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check from the Court's account maintained under the case name designation "**SEC v. CR Intrinsic Investors, LLC, et al.**" for the amount of **$6,602.80**, payable to "**Miller Kaplan Arase LLP,**" for the payment of the fees and

expenses of the Tax Administrator, as provided in the Declaration.

**The check shall contain the notation: SEC v. CR Intrinsic Investors, LLC, et al., and the Employer Identification Number XX-XXX6575.**

2. The Clerk shall send the check by U.S. mail to:

    Miller Kaplan Arase LLP
    4123 Lankershim Blvd,
    North Hollywood, CA
    91602-2828

    The Commission's counsel shall provide the Clerk of the Court with the necessary shipping information and the SEC's billing number;

3. The Commission is authorized to approve and arrange payment of all future taxes, fees and expenses for services rendered by the Tax Administrator directly from the Fair Fund without further order of the Court.

Dated: April 1, 2020

Victor Marrero
U.S.D.J.

2