USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 20, 2020

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>         Plaintiff,<br><br>     v.<br><br>**CR INTRINSIC INVESTORS, LLC, MATTHEW MARTOMA, and DR. SIDNEY GILMAN,**<br><br>         Defendants.<br><br>And<br><br>**CR INTRINSIC INVESTMENTS, LLC,<br>S.A.C. CAPITAL ADVISORS, LLC,<br>S.A.C. CAPITAL ASSOCIATES, LLC,<br>S.A.C. INTERNATIONAL EQUITIES, LLC,<br>S.AC. SELECT FUND, LLC,**<br><br>         **Relief Defendants.** | No. 12-cv-8466(VM) |

## ORDER TO TRANSFER FUNDS FOR DISTRIBUTION

The Court, having reviewed the Plaintiff Securities and Exchange Commission's ("Commission") Notice of Motion, Motion, and Memorandum in Support for an Order to Transfer Funds for Distribution, the Declaration of Stephanie Amin-Giwner in support of the Motion, and for good cause shown,

1

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check for $37,834,467.45 payable to "SEC v. CR Intrinsic Fair Fund" from the Court Registry Investment System, account number 12-cv-8466, under the case name designation "SEC v. CR Intrinsic Investors, LLC, et al."

2. The Clerk of the Court shall send the check by overnight mail to:

   Attn: Mail Teller EA1W18
   The Huntington National Bank
   7 Easton Oval
   Columbus, OH 43219

   The Commission's counsel shall provide the Clerk of the Court with the necessary overnight shipping information and the SEC's billing number;

3. Epiq Class Action and Claims Solutions, Inc. ("Distribution Agent") shall deposit these funds pursuant to paragraphs 2.25-2.26 of the Distribution Plan; and

4. The Distribution Agent shall distribute these funds to the additional Eligible Claimants in accordance with the terms of the Distribution Plan.

**SO ORDERED.**

Dated: July 20, 2020

_____
Victor Marrero
U.S.D.J.