UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** : <br> : <br> Plaintiff, : <br> : <br> -against- : <br> : <br> **CR INTRINSIC INVESTORS, LLC,** : <br> **MATHEW MARTOMA,** : <br>   and : <br> **DR. SIDNEY GILMAN,** : <br> : <br> Defendants, and : <br> : <br> **CR INTRINSIC INVESTMENTS, LLC,** : <br> **S.A.C. CAPITAL ADVISORS, LLC,** : <br> **S.A.C. CAPITAL ASSOCIATES, LLC,** : <br> **S.A.C. INTERNATIONAL EQUITIES, LLC,** : <br>   and : <br> **S.A.C. SELECT FUND, LLC,** : <br> : <br> **Relief Defendants.** : <br> : | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: October 1, 2020 <br><br> 12 Civ. 8466 (VM) |

### ORDER TO DISBURSE FUNDS TO
### PAY TAX LIABILITIES

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Liabilities, and the supporting Declaration of Jude P. Damasco In Support of Request to Make Tax Payment (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check from the Court's account maintained under the case name designation "**SEC v. CR Intrinsic Investors, LLC, et al.**" for the amount of **$40,000.00**, payable to "**Miller Kaplan Arase LLP SEC Trust Account,**" for the payment of the federal estimated tax liabilities for the third quarter of 2020, as provided in the Declaration.

**The check shall contain the notation: SEC v. CR Intrinsic Investors, LLC, et al., and the Employer Identification Number XX-XXX6575.**

2. The Clerk shall send the check by U.S. mail to:

    Miller Kaplan Arase LLP
    275 Battery Street
    Suite 1800
    San Francisco, CA 94111

    The Commission's counsel shall provide the Clerk of the Court with the necessary shipping information and the SEC's billing number;

Dated: October 1, 2020

_____
Victor Marrero
U.S.D.J.