UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: October 9, 2020

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | |
| -against- | 12 Civ. 8466 (VM) |
| **CR INTRINSIC INVESTORS, LLC,** <br> **MATHEW MARTOMA,** and <br> **DR. SIDNEY GILMAN,** | |
| Defendants, and | |
| **CR INTRINSIC INVESTMENTS, LLC,** <br> **S.A.C. CAPITAL ADVISORS, LLC,** <br> **S.A.C. CAPITAL ASSOCIATES, LLC,** <br> **S.A.C. INTERNATIONAL EQUITIES, LLC,** and <br> **S.A.C. SELECT FUND, LLC,** | |
| Relief Defendants. | |

## ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE DISTRIBUTION AGENT

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of the Distribution Agent, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check from the Court's account maintained under the case name designation "**SEC v. CR Intrinsic Investors, LLC, et al.**" for the amount of **$45,566.77,** payable to "**Epiq Class Action & Claims Solutions, Inc.**[1]," for the

---

[1] As of June 18, 2018, Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC. The firm's engagement with the SEC and its ability to carry out its duties as appointed Distribution Agent for this case has not changed.

payment of fees and expenses of the Distribution Agent as provided in Exhibit A. The check shall contain the notation: SEC v. CR Intrinsic Investors, LLC, et al.

2. The Clerk shall send the check by U.S. mail to:

>Epiq Class Action & Claims Solutions, Inc.
>1985 Marcus Avenue, Suite 200
>Lake Success, NY 11042

The Commission's counsel shall provide the Clerk of the Court with the necessary shipping information and the SEC's billing number;

Dated: October 9, 2020

_____
Victor Marrero
U.S.D.J.