...

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br> -against-<br><br>CR INTRINSIC INVESTORS, LLC,<br>MATHEW MARTOMA,<br> and<br>DR. SIDNEY GILMAN,<br><br>                              Defendants, and<br><br>CR INTRINSIC INVESTMENTS, LLC,<br>S.A.C. CAPITAL ADVISORS, LLC,<br>S.A.C. CAPITAL ASSOCIATES, LLC,<br>S.A.C. INTERNATIONAL EQUITIES, LLC,<br> and<br>S.A.C. SELECT FUND, LLC,<br><br>                              Relief Defendants. | 12 Civ. 8466 (VM) |

**DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST**

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am a partner at Miller Kaplan Arase LLP ("MKA") which acquired Damasco & Associates LLP ("Damasco"). MKA's Northern California office is located at 275 Battery Street, Suite 1800, San Francisco, CA 94111. I am a certified public accountant.

2. Damasco, now MKA, was appointed as Tax Administrator for the SEC v CR Intrinsic Fair Fund ("Fund"), Case No. 1:12-cv-08466-VM, via the Order to Establish a Fair Fund for Investor Victims and Appoint a Tax Administrator filed on January 26,

2015.

3.     Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for tax compliance services performed on behalf of the Fund.

4.     Please remit payment in the amount of $1,922.80 according to the instructions included within the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 16, 2021 in Hailey, Idaho.

_____
Jude P. Damasco



4123 Lankershim Boulevard
North Hollywood, CA 91602

Susan Pecaro
SEC v CR Intrinsic Fair Fund
U.S. Securities & Exchange Commission
Office of Distributions Div of Enforcmnt
100 F Street, N.E.
Washington, DC  20549-5876

| | | | | |
|---|---|---|---|---|
| Invoice: 534033 | | SEC E.A. reference: | | NY-08152 |
| ID: 3080940 | | SEC/DC Case Number: | | 1:12-cv-08466-VM |
| Date: 10/09/2020 | | Responsible Party for Payment: | | Distribution Fund |
| Due Date: 11/08/2020 | | Tax Administrator Appointment Date: | | 01/26/2015 |

For professional services rendered as follows:

| DATE | SERVICE | STAFF | SEC DISCOUNT RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **SEC QSF Additional Services - Distribution Consulting** | | | | | |
| 05/04/2020 | Discussions/Meetings | ER | 160.000 | 0.10 | 16.00 |
| | Distribution timeline inquiry. | | | | |
| 05/14/2020 | Review Data | ER | 160.000 | 0.50 | 80.00 |
| | SECOND TRANCHE 5.13.2020 | | | | |
| 05/18/2020 | Review Data | ER | 160.000 | 0.75 | 120.00 |
| | SECOND TRANCHE 5.13.2020 | | | | |
| 05/18/2020 | Review | QAD | 252.000 | 0.20 | 50.40 |
| | Review distribution calculations workpaper for the Second Tranche based on new file from Epiq. | | | | |
| 05/28/2020 | Review | QAD | 252.000 | 0.10 | 25.20 |
| | Review interest reporting calculations. | | | | |
| 05/29/2020 | Discussions/Meetings | ER | 160.000 | 0.25 | 40.00 |
| | W-8BEN-E needed for Claim 687. | | | | |
| 05/29/2020 | Calculations | ER | 160.000 | 1.00 | 160.00 |
| | Additional solicitation images and revised dataset: SECOND TRANCHE 5.27.2020 | | | | |
| 06/11/2020 | Forms Review | ER | 160.000 | 0.20 | 32.00 |
| | Battea additional Forms W-8 and W-9. | | | | |
| 06/16/2020 | Final Approval | ER | 160.000 | 0.25 | 40.00 |
| | WITHHOLDING - CR INTRINSIC CLAIMS_SECOND TRANCHE 5.27.2020 | | | | |
| 06/17/2020 | Review | NAS | 336.000 | 1.00 | 336.00 |
| | Review withholding calculations and payee file. | | | | |
| 08/05/2020 | Project Management | NAS | 336.000 | 1.00 | 336.00 |
| | Distribution project management and timing. | | | | |

| Date | Description | | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | Tax deposit status. Discuss with EWR and Epiq. | | | | | |
| 08/13/2020 | Review | | NAS | 336.000 | 0.50 | 168.00 |
| | Review checkstub revisions. Emails re: same. | | | | | |
| 08/19/2020 | Final Approval | | ER | 160.000 | 0.10 | 16.00 |
| | Distribution date scheduled. | | | | | |
| 08/25/2020 | Project Management | | NAS | 336.000 | 0.50 | 168.00 |
| | Distribution project management including tax deposit and distribution timing coordination. | | | | | |
| 08/31/2020 | Discussions/Meetings | | NAS | 336.000 | 0.50 | 168.00 |
| | Confirm distribution. Tax deposit project management. | | | | | |

**SEC QSF Additional Services - Distribution File Review**

| Date | Description | | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/27/2020 | Obtain Information for Analysis/Calculations | | QAD | 252.000 | 0.20 | 50.40 |
| | Review the second tranche distribution amount and monitor to ensure that the ~$85K in post-judgment interest is not included in distribution. | | | | | |

**SEC QSF Additional Services - Statement to Eligible Investors**

| Date | Description | | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/13/2020 | Finalize Communications | | QAD | 252.000 | 0.40 | 100.80 |
| | Review and revise draft check stub letter. | | | | | |

**Information Return Reporting Services - Quarterly and Annual Withholding Taxes**

| Date | Description | | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/31/2020 | Preparation | | ER | 160.000 | 0.10 | 16.00 |
| | Form 1042 and 945 EFTPS scheduling. | | | | | |

| | | |
|---|---|---|
| | Total for Services | 1,922.80 |
| | Invoice Total | $1,922.80 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER OR CHECK
ACCORDING TO THE INSTRUCTIONS BELOW:
WIRE FUNDS TO:

CITY NATIONAL BANK
400 N. ROXBURY DRIVE, 5TH FLOOR
BEVERLY HILLS, CA 90210
ABA NUMBER 122016066  SWIFT CODE CINAUS6L
BENEFICIARY ACCOUNT NUMBER 113-238313
BENEFICIARY ACCOUNT NAME: MILLER KAPLAN ARASE LLP

MAKE CHECK PAYABLE TO:

MILLER KAPLAN ARASE LLP
4123 LANKERSHIM BLVD, NORTH HOLLYWOOD, CA 91602-2828

| 10/09/2020 | 09/30/2020 | 08/31/2020 | 07/31/2020 | 06/30/2020+ | Total |
|---|---|---|---|---|---|
| 1,922.80 | 0.00 | 0.00 | 0.00 | 0.00 | $1,922.80 |