UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 30, 2021

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | |
| -against- | 12 Civ. 8466 (VM) |
| **CR INTRINSIC INVESTORS, LLC,** <br> **MATHEW MARTOMA,** <br> and <br> **DR. SIDNEY GILMAN,** | |
| Defendants, and | |
| **CR INTRINSIC INVESTMENTS, LLC,** <br> **S.A.C. CAPITAL ADVISORS, LLC,** <br> **S.A.C. CAPITAL ASSOCIATES, LLC,** <br> **S.A.C. INTERNATIONAL EQUITIES, LLC,** <br> and <br> **S.A.C. SELECT FUND, LLC,** | |
| Relief Defendants. | |

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator, and the supporting Declaration of Jude P. Damasco In Support of Fee Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check from the Court's account maintained under the case name designation "**SEC v. CR Intrinsic Investors, LLC, et al.**" in the amount of **$1,922.80,** payable to "**Miller Kaplan Arase LLP,**" for the payment of fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation: SEC v. CR Intrinsic Investors, LLC, et al.

2. The Clerk shall send the check by U.S. mail to:

> Miller Kaplan Arase LLP
> 4123 Lankershim Boulevard
> North Hollywood, CA 91602

The Commission's counsel shall provide the Clerk of the Court with the necessary shipping information and the SEC's billing number;

Dated: March 30, 2021

Victor Marrero
U.S.D.J.