USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

CR INTRINSIC INVESTORS, LLC, MATTHEW MARTOMA, and DR. SIDNEY GILMAN,

    Defendants,

and

CR INTRINSIC INVESTMENTS, LLC,
S.A.C. CAPITAL ADVISORS, LLC,
S.A.C. CAPITAL ASSOCIATES, LLC,
S.A.C. INTERNATIONAL EQUITIES, LLC, and
S.AC. SELECT FUND, LLC,

    Relief Defendants.

No. 1:12-cv-8466(VM)

---

## ORDER TO TRANSFER FUNDS FOR DISTRIBUTION

The Court, having reviewed the Security and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Distribution Agent, and for good cause shown,

**IT IS HEREBY ORDERED:**

    1.    The Clerk of the Court shall issue a check on the Court Registry Investment System ("CRIS") account under the case name designation "SEC v. CR Intrinsic, et al." for the amount of $501,646.94 payable to "Epiq Class Action & Claims Solutions" for the payment of fees and expenses of the Distribution Agent. The check shall contain the notation "SEC v. CR Intrinsic Investments, LLC, et al., Case No. 1:12-cv-8466-VM, Invoices #21786A, #22062A, #22152A, #22342A, #28972, #29039, and #29132.

2. The Clerk shall send the check by overnight mail to:

>Epiq Class Action & Claims Solutions
>Dept 0286
>PO Box 120286
>Dallas, TX 75312-0286

3. The Commission's counsel shall provide the Clerk of the Court with the necessary overnight shipping information and the SEC's billing number;

Dated: November 10, 2021

_____
Victor Marrero
U.S.D.J.