USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

CR INTRINSIC INVESTORS, LLC, MATTHEW MARTOMA, and DR. SIDNEY GILMAN,

    Defendants.

And

CR INTRINSIC INVESTMENTS, LLC,
S.A.C. CAPITAL ADVISORS, LLC,
S.A.C. CAPITAL ASSOCIATES, LLC,
S.A.C. INTERNATIONAL EQUITIES, LLC,
S.AC. SELECT FUND, LLC,

    Relief Defendants.

No. 12-cv-8466(VM)

---

**ORDER DIRECTING THE TURNOVER OF FUNDS
DEPOSITED IN THE COURT'S REGISTRY TO THE SEC**

Upon consideration of Plaintiff Securities and Exchange Commission's ("SEC" or "Commission") Motion for an Order Directing the Turnover of Funds Deposited in the Court's Registry to the SEC (the "Motion") and any responses thereto,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED;

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court's Finance Department is authorized and directed to turn over the funds on deposit in the Court's Registry Investment System in the captioned matter, including any applicable interest accrued thereon, to be paid directly to the Commission in one of the following ways:

1

1. Electronically upon requesting detailed ACH transfer/Fedwire instructions from the SEC;

2. Directly from a bank account via Pay.gov at https://pay.gov/public/form/start/39621196; or

3. By certified check, bank cashier's check, or United States postal money order, made payable to the Securities and Exchange Commission and hand-delivered or mailed to:

   Enterprise Services Center
   Accounts Receivable Branch
   HQ Bldg, Room 265, AMK-326
   6500 South MacArthur Boulevard
   Oklahoma City, OK 73169

Payments by check or money order must be accompanied by a cover letter identifying the name of the Defendant in this action, and the name of this Court and the case number of this action.

SO ORDERED.

Dated: 3/1/2022

Victor Marrero
U.S.D.J.