USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2022

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CR INTRINSIC INVESTORS, LLC, MATTHEW MARTOMA, and DR. SIDNEY GILMAN,<br><br>　　　　Defendants,<br><br>And<br><br>CR INTRINSIC INVESTMENTS, LLC,<br>S.A.C. CAPITAL ADVISORS, LLC,<br>S.A.C. CAPITAL ASSOCIATES, LLC,<br>S.A.C. INTERNATIONAL EQUITIES, LLC, and<br>S.AC. SELECT FUND, LLC,<br><br>　　　　Relief Defendants. | No. 1:12-cv-8466(VM) |

## ORDER TO TRANSFER FUNDS FOR DISTRIBUTION

The Court, having reviewed the Security and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Distribution Agent, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The United States Securities and Exchange Commission shall issue a check on the account under the case name designation "SEC v. CR Intrinsic, et al." for the amount of $34,259.83 payable to "Epiq Class Action & Claims Solutions" for the payment of fees and expenses of the Distribution Agent. The check shall contain the notation "SEC v. CR Intrinsic, et al., Case No. 1:12-cv-08466-VM, Invoices # 25826, # 26002, #26149, #26331 and #26419.

2. The Securities and Exchange Commission shall send the check to:

> Epiq Class Action & Claims Solutions
> Dept 0286
> PO Box 120286
> Dallas, TX 75312-0286

The Clerk of Court is ordered to terminate the corresponding motion.

Dated: April 4, 2022

_____
Victor Marrero
U.S.D.J.