USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/4/2022__

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CR INTRINSIC INVESTORS, LLC,<br>MATHEW MARTOMA,<br>and<br>DR. SIDNEY GILMAN,<br><br>Defendants, and<br><br>CR INTRINSIC INVESTMENTS, LLC,<br>S.A.C. CAPITAL ADVISORS, LLC,<br>S.A.C. CAPITAL ASSOCIATES, LLC,<br>S.A.C. INTERNATIONAL EQUITIES, LLC, and<br>S.A.C. SELECT FUND, LLC,<br><br>Relief Defendants. | 12 Civ. 8466 (VM) |

## ORDER TO DISBURSE FUNDS TO
## PAY TAX LIABILITIES

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Liabilities, and the supporting Declaration of Jude P. Damasco In Support of Request to Make Tax Payment (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1.       The Securities and Exchange Commission shall issue a check from the account maintained under the case name designation "**SEC v. CR Intrinsic Investors, LLC, et al.**" for the amount of **$1,721.00**, payable to "**Miller Kaplan Arase LLP SEC Trust Account,**" for the payment of the federal tax liabilities for the year 2021, as provided in the Declaration.

1

**The check shall contain the notation: SEC v. CR Intrinsic Investors, LLC, et al.,**

**and the Employer Identification Number XX-XXX6575.**

      2.      The Securities and Exchange Commission shall send the check by U.S. mail to:

> Miller Kaplan Arase LLP
> 275 Battery Street
> Suite 1800
> San Francisco, CA 94111

The Clerk of Court is directed to terminate the pending motion at Dkt. No. 298.

Dated:   April 4, 2022

                                                 Victor Marrero
                                               U.S.D.J.