USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
                                    :
           Plaintiff,               :
                                    :      12 Civ. 8466 (VM)
    -  against  -                   :
                                    :
CR INTRINSIC INVESTORS, LLC,        :
MATHEW MARTOMA, and DR. SIDNEY      :
GILMAN,                             :
                                    :
           Defendants,              :
                                    :
and                                 :      **ORDER**
                                    :
CR INTRINSIC INVESTMENTS, LLC,      :
S.A.C. CAPITAL ADVISORS, LLC,       :
S.A.C. CAPITAL ASSOCIATES, LLC,     :
S.A.C. INTERNATIONAL EQUITIES, LLC, :
and S.A.C. SELECT FUND, LLC,        :
                                    :
           Relief Defendants.       :
------------------------------------X
**VICTOR MARRERO, United States District Judge.**

On April 1, 2020, the Court authorized the payment of future taxes, fees, and expenses of the tax administrator directly from the Fair Fund without further order of the Court. (See Dkt. No. 243.) On March 1, 2022, following the completion of distribution of the Fair Fund and on motion of the Securities and Exchange Commission (the "Commission"), this Court ordered the Clerk of Court's Finance Department to turn over the funds in the Court's Registry Investment System to the Commission in anticipation of the preparation of the final accounting. (See Dkt. No. 291.)

The Court now clarifies that the April 1, 2020 order authorizing the Commission's payment of future taxes, fees, and expenses of the tax administrator without further order of the Court remains in effect following the transfer of funds from the Clerk of Court to the Commission.

**SO ORDERED.**

Dated:    New York, New York
          26 April 2022

_____
Victor Marrero
U.S.D.J.