UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CR INTRINSIC INVESTORS, LLC, MATTHEW MARTOMA, and DR. SIDNEY GILMAN,<br><br>Defendants,<br><br>and<br><br>CR INTRINSIC INVESTMENTS, LLC,<br>S.A.C. CAPITAL ADVISORS, LLC,<br>S.A.C. CAPITAL ASSOCIATES, LLC,<br>S.A.C. INTERNATIONAL EQUITIES, LLC,<br>And S.AC. SELECT FUND, LLC,<br><br>Relief Defendants. | Civil Action No.<br>12-cv-8466 (VM) |

## THE DISTRIBUTION AGENT'S TWENTY-SEVENTH PROGRESS REPORT

Epiq Class Action and Claims Solutions, Inc.,[1] the Court-appointed Distribution Agent[2] in the above-captioned matter, respectfully submits this Twenty-Seventh Progress Report, pursuant to the Distribution Plan for CR Intrinsic Fair Fund (the "Distribution Plan") approved by this Court on February 4, 2016. Pursuant to Section 6.2 of the Distribution Plan, Epiq was required to, and did, submit a progress report within 45 days of the Court approval of the Distribution Plan, and is required to submit additional reports within 20 days after the end of every quarter thereafter. This twenty-seventh report covers the second quarter of 2022.

---

[1] This Court appointed Garden City Group, LLC ("GCG") as the Distribution Agent on April 22, 2015. On June 15, 2018, GCG was acquired by Epiq and is now continuing operations as part of Epiq.

[2] All capitalized terms not otherwise defined in this document shall have the meaning provided in the Distribution Plan.

**Tasks Performed by the Distribution
Agent Since the Twenty-Sixth Progress Report**

Since the Twenty-Sixth Progress Report, Epiq has performed the following tasks pursuant to the Distribution Plan:

- Confirmed with the Commission that this matter will be winding down;

- Transferred the balance of the "SEC v. CR Intrinsic Fair Fund" to the Commission;

- Epiq monitored the email inbox dedicated to this action and has promptly responded to all claimant inquiries that have been received via email;

- Epiq monitored the toll-free number and assisted claimants with their inquiries. Through June 30, 2022, Epiq has received 6,007 phone calls; and

- Epiq continues to host and monitor the dedicated case website. The website is located at www.CRIntrinsicFairFund.com. As of June 30, 2022, there have been 20,441 unique visitors to the website.

**Anticipated Next Steps**

Following this Twenty-Seventh Progress Report, Epiq will carry out other terms of the Distribution Plan, including:

- Epiq will continue to work with the Commission to wind down this matter and work with the Tax Administrator to prepare the final accounting; and

- Epiq will file the Twenty-Eighth Progress Report within twenty (20) days after the end of the next quarter, pursuant to section 6.2 of the Distribution Plan.

**Location of the CR Intrinsic Fair Fund and Disbursements
From the CR Intrinsic Fair Fund during the Quarterly Period**

On or about August 7, 2014, $601,832,697.04 was paid to the Clerk of the Court and deposited into an interest-bearing account with the Court Registry Investment System ("CRIS"). Pursuant to the Order To Transfer Funds For Distribution, dated August 8, 2017, the Clerk of the Court issued a check for $494,462,225.22, payable to the Distribution Account from the CRIS, account number 12-cv-8466, under the case name designation, "SEC v. CR Intrinsic Investors, LLC, et al." for the initial distribution. Subsequently, pursuant to the Order to Transfer Funds dated July 20, 2020, on July 31, 2020, the Clerk of the Court issued a check for $37,834,467.45, payable to the Distribution Account for the

second tranche of the initial distribution. As of June 30, 2022, the balance of the Distribution Account held at Epiq is zero. On April 13, 2022 Epiq transferred the balance in the amount of $1,315,942.57 to the Commission. The remaining funds remain on deposit with the CRIS were transferred to the Commission on March 30, 2022 pursuant to the Order Directing the Turnover of Funds Deposited in the Court's Registry to the SEC, dated March 1, 2022. As of June 30, 2022, the balance of the funds held with the Commission is $75,238,659.92.

Dated:   July 20, 2022

                                            Respectfully submitted,

                                         By: *Stephanie Amin-Giwner*
                                             Stephanie Amin-Giwner
                                             Epiq Class Action and Claims Solutions, Inc.
                                             Distribution Agent