**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

CR INTRINSIC INVESTORS, LLC, MATHEW MARTOMA, and DR. SIDNEY GILMAN,

        Defendants,

-and-

CR INTRINSIC INVESTMENTS, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. INTERNATIONAL EQUITIES, and S.A.C. SELECT FUND, LLC, LLC,

        Relief Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2024

1:12-cv-08466-VM

## STIPULATION AND ORDER TO MODIFY JULY 14, 2023 ORDER

        Interested party Pfizer Inc. ("Pfizer") and Plaintiff Securities and Exchange Commission hereby agree and stipulate, and upon entry by the Court it shall be ORDERED, that the briefing schedule set by the July 14, 2023 Order (ECF No. 312) is modified to permit Pfizer to file a reply

1

brief, not to exceed 10 pages, by August 7, 2024, in further support of its Cross-Motion for an Order Transferring the Funds Remaining in the Fair Fund to Wyeth LLC (ECF No. 320).

**IT IS SO STIPULATED.**

Dated: New York, New York
July 1, 2024

| | |
|---|---|
| /s/ Allison Moon | /s/ Daniel Michael |
| Nichola L. Timmons | Jay B. Kasner |
| Susan S. Pecaro | Daniel Michael |
| Allison J.P. Moon | Peter A. Varlan |
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION** | Katherine E. Giordano |
| 100 F St., NE | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| Washington, DC 20549-5631 | One Manhattan West |
| (202) 551-4456 | New York, NY 10001-8602 |
| timmonsn@sec.gov | (212) 735-2628 |
| pecaros@sec.gov | jay.kasner@skadden.com |
| moona@sec.gov | daniel.michael@skadden.com |
| *Counsel for Plaintiff United States Securities and Exchange Commission* | peter.varlan@skadden.com |
| | katherine.giordano@skadden.com |
| | *Counsel for Pfizer Inc.* |

**IT IS SO ORDERED.**

Dated: New York, New York
9 July 2024

/s/ Victor Marrero
Victor Marrero
U.S.D.J.

2