## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/19/2024_

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>CR INTRINSIC INVESTORS, LLC, MATHEW MARTOMA, and DR. SIDNEY GILMAN,<br><br>Defendants,<br><br>and<br><br>CR INTRINSIC INVESTMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, S.A.C. CAPITAL ASSOCIATES, LLC, S.A.C. INTERNATIONAL EQUITIES, LLC, and S.A.C. SELECT FUND, LLC,<br><br>Relief Defendants. | 1:12-CV-08466-VM<br>Honorable Victor Marrero |

## ORDER APPROVING THE FINAL ACCOUNTING, TRANSFERRING FUNDS TO THE U.S. TREASURY, TERMINATING THE FAIR FUND, AND DISCHARGING THE DISTRIBUTION AGENT

The Court, having reviewed the Securities and Exchange Commission's Motion for an Order Approving the Final Accounting, Transferring Funds to the U.S. Treasury, Terminating the Fair Fund, and Discharging the Distribution Agent (the "Motion"), and for good cause shown,

**IT IS HEREBY ORDERED**, that:

1. The Motion is **GRANTED;**

2. The final accounting attached Exhibit A to the Memorandum in Support of the Motion is **APPROVED;**

3.  Consistent with equitable principles,

    a.  All remaining funds in the Fair Fund shall be transferred to the SEC for transfer to the general fund of the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)]; and

    b.  Any funds returned to the Fair Fund in the future shall be transferred to the SEC for transfer to the general fund of the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)].

4.  The Fair Fund is **TERMINATED**; and

5.  The Distribution Agent is **DISCHARGED**.

Dated November 19, 2024

Victor Marrero
United States District Judge