USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/11/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

v.

CR INTRINSIC INVESTORS, LLC, MATHEW
MARTOMA, and DR. SIDNEY GILMAN,

       Defendants,

-and-

CR INTRINSIC INVESTMENTS, LLC, S.A.C.
CAPITAL ADVISORS, LLC, S.A.C. CAPITAL
ASSOCIATES, LLC, S.A.C. INTERNATIONAL
EQUITIES, and S.A.C. SELECT FUND, LLC,

       Relief Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:12 Civ. 8466 (VM)

**ORDER GRANTING JOINT MOTION FOR AN INDICATIVE RULING**
**ON MODIFICATION OF THE APPEALED ORDERS IN AID OF SETTLEMENT**

This matter came before the Court upon the joint application of the Parties, pursuant to

Rule 62.1 of the Federal Rules of Civil Procedure, asking the Court to indicate its willingness to

accept a limited remand from the United States Court of Appeals for the Second Circuit and modify

(i) this Court's Decision and Order, dated November 19, 2024, which granted Plaintiff United

States Securities and Exchange Commission's (the "SEC") Motion for an Order Approving the

Final Accounting, Transferring Funds to the United States Treasury, Terminating the Fair Fund,

and Discharging the Distribution Agent and denied Interested-Party Pfizer, Inc.'s Cross Motion for

an Order Transferring the Funds Remaining in the Fair Fund to Wyeth LLC (ECF No. 328), and

(ii) this Court's Order, dated November 19, 2024, Approving the Final Accounting, Transferring

Funds to the U.S. Treasury, Terminating the Fair Fund, and Discharging the Distribution Agent (ECF No. 329). The Parties seek this relief to carry out the terms of their executed settlement agreement, in which the Parties agreed to request that twenty-nine million dollars ($29,000,000) of the $75,232,529.11 that was transmitted to the SEC and remains undistributed in this matter (the "Residual") be transferred to Pfizer Inc. and that Pfizer would then release any and all claim to the Residual and dismiss the appeal.

Having considered the Parties' letter motion and the entire record, the Court concludes that if the case is remanded to it by the Court of Appeals for the Second Circuit, it would grant the relief requested in facilitation of the Parties' settlement. It is, therefore, ordered that, pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, if this case is remanded by the Court of Appeals for the Second Circuit, this Court will grant the Parties' motion and proceed to modify this Court's Orders (ECF Nos. 328, 329), both dated November 19, 2024, in aid of the Parties' settlement.

**SO ORDERED:**

February 11, 2026
New York, New York

                                       HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE