USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/5/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
SECURITIES AND EXCHANGE COMMISSION,                 :
                                                    :
                Plaintiff,                          :        1:12 Civ. 8466 (VM)
                                                    :
v.                                                  :
                                                    :
CR INTRINSIC INVESTORS, LLC, MATHEW                 :
MARTOMA, and DR. SIDNEY GILMAN,                     :
                                                    :
                Defendants,                         :
                                                    :
-and-                                               :
                                                    :
CR INTRINSIC INVESTMENTS, LLC, S.A.C.               :
CAPITAL ADVISORS, LLC, S.A.C. CAPITAL               :
ASSOCIATES, LLC, S.A.C. INTERNATIONAL              :
EQUITIES, and S.A.C. SELECT FUND, LLC,              :
                                                    :
                                                    :
                Relief Defendants.                  :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING JOINT MOTION FOR
## MODIFICATION OF THE APPEALED ORDERS IN AID OF SETTLEMENT

This matter came before the Court upon the joint motion of the Parties, pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, asking the Court to modify (i) the Decision and Order, dated November 19, 2024, which granted Plaintiff United States Securities and Exchange Commission's (the "SEC") Motion for an Order Approving the Final Accounting, Transferring Funds to the United States Treasury, Terminating the Fair Fund, and Discharging the Distribution Agent and denied Interested-Party Pfizer, Inc.'s Cross Motion for an Order Transferring the Funds Remaining in the Fair Fund to Wyeth LLC (ECF No. 328), and (ii) the Order, dated November 19, 2024, Approving the Final Accounting, Transferring Funds to the U.S. Treasury, Terminating the Fair Fund, and Discharging the Distribution Agent (ECF No. 329, together with ECF No. 328, the

"Orders"). The Parties seek this relief to carry out the terms of their executed settlement agreement, in which the Parties agreed to request, subject to modification of the Court's Orders, that twenty-nine million dollars ($29,000,000) of the $75,232,529.11 held by the SEC (the "Residual") be transferred to Pfizer Inc. and that Pfizer would then release any and all claim to the Residual and dismiss its appeal.

Having considered the Parties' motion and the entire record, the Court is of the opinion, and so finds, that the Parties have satisfied the Rule 60(b)(6) standard for modification of the Court's Orders, both dated November 19, 2024.

**IT IS HEREBY ORDERED**, that:

1. The Parties' joint motion for modification is **GRANTED**;

2. This Court's prior Orders (ECF Nos. 328, 329) are modified to reflect that the SEC shall remit $29 million to Pfizer under the terms of the Parties' settlement agreement;

3. The funds remaining in the Residual following distribution to Pfizer shall be transferred by the SEC to the general fund of the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)]; and

4. Any funds returned to the Fair Fund in the future shall be transferred to the SEC for transfer to the general fund of the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)].

**Dated:**

March 5, 2026
New York, New York

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

2